

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00134-CV

**IN INTEREST OF I.S.F.P., A CHILD**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-028
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

Delivered and Filed:  May 30, 2018

DISMISSED

The trial court signed a final judgment on February 5, 2018. Because appellants did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on February 26, 2018. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on March 13, 2018. *See* TEX. R. APP. P. 26.3. Although appellants filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, they did not file a motion for extension of time.

A motion for extension of time is necessarily implied when appellants, acting in good faith, file a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959

S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  However, the appellants must offer a reasonable explanation for failing to file the notice of appeal in a timely manner.  *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We therefore ordered appellants to file a response on or before May 4, 2018 presenting a reasonable explanation for failing to file the notice of appeal in a timely manner.  We warned appellants that if they failed to respond within the time provided, the appeal will be dismissed.  *See* TEX. R. APP. P. 42.3(c).

Appellants have not filed a response.  Accordingly, this appeal is dismissed.

PER CURIAM